**\*\* NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| FREDERICK CARTER | § | |
| VS. | § | CIVIL ACTION NO. 9:21-CV-39 |
| LINDA MARTIN, *et al.*, | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Frederick Carter, an inmate formerly confined at the Pack Unit with the Texas Department of Criminal Justice, Correctional Institutional Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Linda Martin and Brandi L. Glosson.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing Plaintiff's claims against Defendant Glosson pursuant to Federal Rule of Civil Procedure 41(a) (Doc. #43).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Partial Judgment will be entered in this

---

[1]Plaintiff received a copy of the Report and Recommendation on April 7, 2021 (Doc. #45).

case in accordance with the Magistrate Judge's recommendations.

**So Ordered and Signed**

**Nov 8, 2021**

_____
Ron Clark
Senior Judge

2