IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| FREDERICK CARTER | § | |
| VS. | § | CIVIL ACTION NO. 9:21-CV-39 |
| LINDA MARTIN, *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Frederick Carter, a former inmate with the Texas Department of Criminal Justice, Correctional Institutional Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendant Linda Martin.[1]

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends Plaintiff's claims against Defendant Linda Martin be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (Doc. # 53).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No Objections to the Report and Recommendation have been filed to date.[2]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 22 day of **April, 2022.**

_____
Thad Heartfield
United States District Judge

---

[1] Defendant Linda Martin is the only remaining Defendant.

[2] Plaintiff received a copy of the Report and Recommendation on March 28, 2022 (Doc. # 54).